UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) Case Nos.: | 1:09-cr-160, Robinson |
| | ) | 1:10-cr-309, Marshall |
| MOTION TO DISMISS | ) | 1:11-cr-112, Daniels, Jr. |
| | ) | 1:11-cr-128, Williams |
| | ) | 1:11-cr-199, Bryant |
| | ) | 1:11-cr-214, Hall |
| | ) | 1:12-cr-173, Young |
| | ) | 1:13-cr-099, Robinson |
| | ) | 1:13-cr-142, Hoffman |
| | ) | 1:13-cr-165, Owens |
| | ) | 1:13-cr-192, Morris |
| | ) | 1:13-cr-208, Miller |
| | ) | 1:13-cr-212, Woodson |
| | ) | 1:13-cr-229, Griffin |
| | ) | 1:13-cr-231, Shampine |

## ORDER OF DISMISSAL

The matter is now before the Court on the Government's "Motion to Dismiss" the above-captioned cases. The Court finds a basis for the dismissals. Therefore, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court, the motions are **GRANTED**.

SO ORDERED this 15th day of December, 2014, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA